MICHAEL J. SENG, State Bar No. 069384
SENG & STRATTON
P.O. Box 14180
Fresno, California 93650-4180
Telephone: (559) 436-6111
Facsimile: (559) 431-2654
mseng@seng-stratton.com

Attorneys for Plaintiff Beth Maxwell Stratton,
Chapter 7 Bankruptcy Trustee for SGP Benefit Plan,
Inc. and Independent Fiduciary of the SGP Benefit
Plan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH MAXWELL STRATTON, CHAPTER 7 BANKRUPTCY TRUSTEE FOR THE SGP BENEFIT PLAN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GLACIER INSURANCE ADMINISTRATORS, INC.; GLACIER INSURANCE ENTERPRISES, INC.; FRESNO AGENT SERVICE TEAM, INC. DOING BUSINESS AS BEN MAR INSURANCE SERVICES; BEN MAR INSURANCE SERVICES; LAWRENCE THOMPSON; BRAD STARK; PIERRE TADA; NORMA SPALDING; DICK NEECE, SR.; WILLIAM WOLHAUPTER; and DOES 1 through 250 inclusive, <br><br> Defendants. | Case No. CIV-F-02-6213 OWW DLB <br><br> **STIPULATION AND ORDER APPROVING FORM OF NOTICE OF MOTION FOR APPROVAL OF SETTLEMENTS** <br><br> Judge Oliver W. Wanger |

WHEREAS, this Court on October 14, 2004, and January 4, 2005, issued Orders preliminarily approving the settlement agreements between Beth Maxwell Stratton ("Plaintiff"), and (a) Sunkist Growers, Inc. and Ted Jones, (b) Glacier Insurance Administrators, Inc., Glacier Insurance Enterprises, Inc., in its own name and doing business as Glacier Insurance Administrators, Fresno Agent Service Team, Inc., in its own name and doing business as Ben Mar Insurance Services, and Lawrence Thompson, as well as all of the officers, directors,

PDF created with pdfFactory trial version www.pdffactory.com

1. shareholders, agents, employees, heirs, executors, affiliates, subsidiaries, successors,
2. predecessors, assigns, transferees and insurers of the above (collectively the "Glacier
3. Defendants"), and (c) Brad Stark, Pierre Tada, Norma Spalding, Dick Neece, Sr., and William
4. Wolhaupter (collectively the "Former Trustee Defendants"), issuing temporary injunctions related
5. thereto, and approving interim notices and forms and procedures for effectuating those
6. settlements;
7. WHEREAS, the Court's Orders were based in part on the parties' stipulation that once
8. Plaintiff had administered and determined claims against SGP Benefit Plan, Inc. ("SGP"), the
9. SGP Benefit Plan ("Plan") and the SGP Benefit Plan Trust ("Trust"), and prepared a plan of
10. distribution of settlement funds, Plaintiff would seek this Court's approval of a proposed Notice
11. (in English and Spanish) designed to advise claimants, creditors, and participants and
12. beneficiaries of SGP, the Plan and the Trust of Plaintiff's request for final approval of the
13. proposed settlements and the distribution plan and of the hearing on that request;
14. WHEREAS, Plaintiff has completed her administration and determination of claims and
15. has prepared a proposed plan of distribution of settlement funds and wishes to secure this Court's
16. final approval and implementation of that distribution and the settlements;
17. WHEREAS, the parties have collectively prepared and approved a form of Notice of
18. Motion for Final Court Approval, a copy of which is attached as Exhibit A hereto; and
19. WHEREAS, the parties hereto contend that it is reasonable to require that any person who
20. wishes to oppose the Motion for Final Court Approval, or any of the relief sought in that Motion,
21. either (1) hand-serve his or her written objection on all parties to the Motion at least twenty-one
22. (21) days before the hearing on the Motion, or (2) mail-serve by regular first-class mail his or her
23. written objection an all parties to the Motion at least twenty-one (21) days before the hearing on
24. the Motion.
25. NOW, THEREFORE, the parties hereto, by and through their respective attorneys of
26. record, stipulate, agree, and collectively request that the Court approve, execute, and issue its
27. Order, in the form below, approving Plaintiff's use of the form of Notice of Motion attached as
28. Exhibit A hereto to give notice to all claimants, creditors, and participants and beneficiaries of

PDF created with pdfFactory trial version www.pdffactory.com

SGP, the Plan and the Trust (in both English and Spanish) of the hearing on Plaintiff's "Motion for Final Court Approval of: 1) Settlements Concerning SGP Benefit Plan, Inc., SGP Benefit Plan, and SGP Benefit Plan Trust; 2) Proposed Distribution of Settlement Funds; 3) Permanent Injunction against Claims or Litigation;" and 4) Bankruptcy Trustee's Final Report of Administration.

The Notice will be mailed not less than sixty (60) days prior to the hearing on the Motion.

Additionally, the parties hereto request that the Court find and order that it is reasonable to require that any person who wishes to oppose the Motion for Final Court Approval, or any of the relief sought in that motion, either (1) hand-serve his or her written objection on all parties to the Motion at least twenty-one (21) days before the hearing on the Motion, or (2) mail-serve by regular first-class mail his or her written objection an all parties to the Motion at least twenty-one (21) days before the hearing on the Motion.

Dated: May 1, 2006        MICHAEL J. SENG

By   S/ Michael J. Seng
Michael J. Seng, Attorneys for Plaintiff Beth Maxwell Stratton, Chapter 7 Bankruptcy Trustee for SGP Benefit Plan, Inc., and Independent Fiduciary of the SGP Benefit Plan

Dated: May 1, 2006        SAGASER, JONES & HAHESY

By   S/ William C. Hahesy
William C. Hahesy, Attorney for Glacier Defendants

Dated: May 1, 2006        MORGAN LEWIS & BOCKIUS LLP

By   S/ Donald P. Sullivan
Donald P. Sullivan, Attorney for Former Trustee Defendants

Sunkist Growers, Inc., and Ted Jones, by and through their attorney of record, although not currently parties to this action, but directly affected thereby, endorse this request for the Court's order.

Dated: May 1, 2006        LUCE FORWARD HAMILTON & SCRIPPS

By   S/ Michael H. Bierman
Michael H. Bierman, Attorney for Sunkist Growers, Inc., and Ted Jones

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Having reviewed the above stipulation and the proposed form of notice attached as Exhibit A to it, and for GOOD CAUSE APPEARING,

The attached form of Notice of Motion is **APPROVED** for Plaintiff's use in giving notice, in both English and Spanish, of the hearing to be held on Plaintiff's Motion for Final Court Approval of: 1) Settlements Concerning SGP Benefit Plan, Inc., SGP Benefit Plan, and SGP Benefit Plan Trust; 2) Proposed Distribution of Settlement Funds; 3) Permanent Injunction against Claims or Litigation; and 4) Bankruptcy Trustee's Final Report of Administration.  The Notice shall be given at least sixty (60) days prior to the scheduled hearing on the Motion and be sent by regular first-class mail.

Additionally, the Court finds that it is reasonable and orders that any person who wishes to oppose the Motion for Final Court Approval, or any of the relief sought in that motion, must either (1) hand-serve his or her written objection on all parties to the Motion at least twenty-one (21) days before the hearing on the Motion, or (2) mail-serve by regular first-class mail his or her written objection an all parties to the Motion at least twenty-one (21) days before the hearing on the Motion.

**IT IS SO ORDERED:**

Dated: __May 3_____, 2006

By  /s/ OLIVER W. WANGER
Oliver W. Wanger, Judge of the United States District Court, Eastern District of California

1-SF/7362303.1

4

PDF created with pdfFactory trial version www.pdffactory.com