Michael J. Seng - 069384
**SENG & STRATTON**
P. O. Box 14180
Fresno, California 93650-4180
Telephone: (559) 436-6111
Facsimile: (559) 431-2654
mseng@seng-stratton.com

Attorneys for Plaintiff Beth Maxwell Stratton,
Chapter 7 Bankruptcy Trustee for SGP Benefit Plan, Inc.
and Independent Fiduciary of the SGP Benefit Plan and Trust

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH MAXWELL STRATTON, CHAPTER 7 BANKRUPTCY TRUSTEE FOR THE SGP BENEFIT PLAN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GLACIER INSURANCE ADMINISTRATORS, INC.; GLACIER INSURANCE ENTERPRISES, INC.; FRESNO AGENT SERVICE TEAM, INC. DOING BUSINESS AS BEN MAR INSURANCE SERVICES; BEN MAR INSURANCE SERVICES; LAWRENCE THOMPSON; BRAD STARK; PIERRE TADA; NORMA SPALDING; DICK NEECE, SR.; WILLIAM WOLHAUPTER; and DOES 1 through 250 inclusive, <br><br> Defendants. | CASE NO. CIV-F-02-6213 OWW DLB <br><br> **ORDER** <br> **RE** <br><br> **EX PARTE APPLICATION TO ALLOW THE NUMBER OF PAGES TO EXCEED TWENTY-FIVE** <br> RE <br> PLAINTIFF'S MOTION FOR FINAL COURT APPROVAL OF: <br><br> 1) SETTLEMENTS CONCERNING SGP BENEFIT PLAN, INC., SGP BENEFIT PLAN AND SGP BENEFIT PLAN TRUST; <br><br> 2) PROPOSED DISTRIBUTION OF SETTLEMENT FUNDS; <br><br> 3) PERMANENT INJUNCTION AND BAR AGAINST CLAIMS OR LITIGATION; AND <br><br> 4) BANKRUPTCY TRUSTEE'S FINAL REPORT OF ADMINISTRATION <br><br> **JUDGE OLIVER W. WANGER** |

# ORDER

Having considered Plaintiff's *ex parte* application to extend the page limit of her points and authorities in support of her said motion, and finding good cause therefor,

1

1     IT IS HEREBY ORDERED that Plaintiff's Memorandum of Points and Authorities in support of her Motion for Final Court Approval may exceed twenty-five (but not more than 40) pages.

Dated: ___June 23_____, 2006

/s/ OLIVER W. WANGER_____
Judge of the United States District Court,
Eastern District of California

**[PROPOSED] ORDER**      06:06:16; 00:18