1   Total Pages:  2
BETH MAXWELL STRATTON
2   CHAPTER 7 TRUSTEE/INDEPENDENT FIDUCIARY
P. O. Box 3930
3   Pinedale, CA  93650
Telephone: (559) 436-6111
4   Facsimile: (559) 431-2654

5

6              **UNITED STATES DISTRICT COURT**

7              **EASTERN DISTRICT OF CALIFORNIA**

8

9   In the Matter of                          ) Case No. CIV-F-02-6213 OWW DLB
                                              )
10  BETH MAXWELL STRATTON,                    )
    CHAPTER 7 BANKRUPTCY                      )
11  TRUSTEE FOR THE SGP BENEFIT               ) **ORDER GRANTING SECOND**
    PLAN, INC.,                               ) **APPLICATION FOR APPROVAL**
12                                            ) **OF PROFESSIONAL FEES OF**
                       Plaintiff,             ) **CHAPTER 7 TRUSTEE /**
13                                            ) **INDEPENDENT FIDUCIARY**
    vs.                                       )
14                                            )
    GLACIER INSURANCE                         )
15  ADMINISTRATORS, ETC., ET AL.,             ) **Date:        July 2, 2007**
                                              ) **Time:        10:00 a.m.**
16                     Defendants.            ) **Courtroom: 3, Hon. Oliver W. Wanger**
                                              )
17                                            )
                                              )
18  _____ )

19          The hearing on the Second Applications for Approval of Professional Fees of

20  the Chapter 7 Trustee/Independent Fiduciary came on for hearing on July 2, 2007, at

21  10:00 a.m. in Courtroom 3 of the above-entitled court, the Honorable Oliver W.

22  Wanger, presiding.  Beth Maxwell Stratton, Chapter 7 Trustee/Independent Fiduciary

23  appeared.  There were no other appearances.

24          The court having found that the application and supporting pleadings had been

25  served as required by law, that no opposition was filed in response to the application,

26  having issued its Memorandum of Decision and Order Granting Second Application

27  For Approval of Professional Fees of Chapter 7 Trustee/Independent Fiduciary on

28

PROPOSED ORDER GRANTING SECOND APPLICATION FOR APPROVAL OF PROFESSIONAL FEES OF
CHAPTER 7 TRUSTEE/INDEPENDENT FIDUCIARY    1

1 | July 3, 2007, and good cause appearing therefor,

2 |       IT IS HEREBY ORDERED that professional fees payable to Beth Maxwell

3 | Stratton in the sum of $21,701.25, and professional fees payable to the Law Offices

4 | of Seng & Stratton in the sum of $17,262.50 are approved.

5 |

6 |       IT IS SO ORDERED.

7 | **Dated:**   **July 11, 2007**                      **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |