Total Pages: 2
BETH MAXWELL STRATTON
INDEPENDENT FIDUCIARY
818 Green Street
Alexandria, VA  22314
Telephone: (559) 313-3165

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 1:02-CV-06213 OWW DLB |
| BETH MAXWELL STRATTON, CHAPTER 7 BANKRUPTCY TRUSTEE FOR THE SGP BENEFIT PLAN, INC., | |
| Plaintiff, | **ORDER ON MOTION TO RELIEVE INDEPENDENT FIDUCIARY AND ON FEE APPLICATIONS OF INDEPENDENT FIDUCIARY AND ACCOUNTANTS** |
| vs. | |
| GLACIER INSURANCE ADMINISTRATORS, ETC., ET AL., | |
| Defendants. | **Date:** December 6, 2010<br>**Time:** 10:00 a.m.<br>**Courtroom:** 3, Hon. Oliver W. Wanger |

The hearings on (1) Beth Maxwell Stratton's motion to be relieved as independent fiduciary, appointment of successor, approval of fees and reimbursement of expense, and approval of final accounting, and (2) Janzen, Tamberi & Wong's fee application, came on for hearing before the Honorable Oliver W. Wanger on December 6, 2010, on the 10:00 a.m. calendar.  Beth Maxwell Stratton, Mark Pope, Chris Ratzlaff and James E. Salven appeared. After having duly considered the pleadings filed with the court, and the comments and argument of those who appeared,

IT IS HEREBY ORDERED:

1. Beth Maxwell Stratton is relieved from further duties as the Independent Fiduciary of the SGP Benefit Plan & Trust and she is discharged, and her bond is released

1 from further liability, except any liability which may have accrued during the time such bond
2 was in effect for the estate of this case;
3     2.    Beth Maxwell Stratton's application for fees and expenses is approved in the
4 total sum of $5,363.23;
5     3.    Beth Maxwell Stratton's final accounting and report is approved;
6     4.    James E. Salven is appointed the successor Independent Fiduciary of the SGP
7 Benefit Plan & Trust;
8     5.    Janzen, Tamberi & Wong's fee application is approved in the sum of
9 $5,151.50.

IT IS SO ORDERED.

Dated: January 7, 2011    /s/ OLIVER W. WANGER
    U.S. DISTRICT COURT JUDGE