Total Pages:  1
BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
818 Green Street
Alexandria, VA  22314
Telephone: (559) 313-3165

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

BETH MAXWELL STRATTON,
CHAPTER 7 BANKRUPTCY TRUSTEE
FOR THE SGP BENEFIT PLAN, INC.,

                    Plaintiff,

vs.

GLACIER INSURANCE
ADMINISTRATORS, ETC., ET AL.,

                    Defendants.

Case No. 1:02-CV-06213 OWW DLB

**FINAL DECREE REGARDING CHAPTER 7
BANKRUPTCY OF SGP BENEFIT PLAN,
INC.**

**Date:          December 6, 2010**
**Time:          10:00 a.m.**
**Courtroom: 3, Hon. Oliver W. Wanger**

It appearing to the court that the Chapter 7 Trustee in the bankruptcy of SGP
Benefit Plan, Inc. has completed administration of this estate,

IT IS HEREBY ORDERED that the bankruptcy estate is closed, that the trustee
is hereby discharged, and that the trustee's bond is hereby released from further
liability, except any liability which may have accrued during the time such bond was
in effect for the estate of this case.

Dated: <u>January 7, 2011</u>                    /s/ OLIVER W. WANGER
                                              U.S. DISTRICT COURT JUDGE

1