Fear Law Group, P.C.
Peter L. Fear, No. 207238
Gabriel J. Waddell, No. 256289
7750 North Fresno Street, Suite 101
Fresno, California  93720
(559) 436-6575
(559) 436-6580 (fax)
pfear@fearlaw.com

Attorney for JAMES SALVEN,
 Independent Fiduciary

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JAMES E. SALVEN, INDEPENDENT FIDUCIARY OF THE SGP BENEFIT PLAN & TRUST,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>GLACIER INSURANCE ADMINISTRATORS, ETC., ET AL.,<br><br>　　　　　　　　Defendants. | Case No. 1:02-CV-06213 LJO GSA<br><br>**ORDER GRANTING EX PARTE MOTION OF JAMES SALVEN, INDEPENDENT FIDUCIARY OF THE SGP BENEFIT PLAN AND TRUST, TO ADMINISTRATIVELY REOPEN CASE AND TO APPROVE EMPLOYMENT OF PETER L. FEAR AND FEAR LAW GROUP, P.C. AS ATTORNEY FOR SALVEN**<br><br>Date:　NO HEARING SET<br>Time:　NO HEARING SET<br>Place:　NO HEARING SET<br>Judge: Hon. Lawrence J. O'Neill |

　　　The Motion of JAMES SALVEN ("Salven"), Independent Fiduciary for the Sunkist Growers & Packers Benefit Plan and Trust (the "Plan"), for an order reopening the above-captioned case for the purpose of allowing final motions to be heard in this case, and to

ORDER GRANTING MOTION TO REOPEN (etc.) - 1

approve employment of Peter L. Fear and Fear Law Group, P.C. as attorneys for Salven, having come before the Court on an ex parte basis and for good cause appearing,

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. The case is hereby reopened.

3. Peter L. Fear and Fear Law Group, P.C. are approved as counsel for Salven in this case.

Dated: April 22, 2014          /s/ Lawrence J. O'Neill
                               UNITED STATES DISTRICT COURT