UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SALVEN, INDEPENDENT FIDUCIARY OF THE SGP BENEFIT PLAN & TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>GLACIER INSURANCE ADMINISTRATORS, INC., ET AL.,<br><br>Defendants. | Case No.: 1:02-cv-06213-LJO-GSA<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>(ECF Nos. 222, 223, 224) |

James E. Salven ("Applicant") submitted three applications for professional fees as the court-appointed independent fiduciary in this case. (ECF Nos. 222, 223, 224.) On May 21, 2015, the Magistrate Judge issued Findings and Recommendations recommending that the applications be granted. (ECF No. 233.) The Findings and Recommendations were served on all parties with instructions that any objections must be filed within fifteen days. No party filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis. Accordingly, IT

IS HEREBY ORDERED that:

1. The Findings and Recommendations dated May 21, 2015 (ECF No. 233), are ADOPTED IN FULL;

2. The Application for Approval of Professional Fees of Janzen, Tamberi & Wong (ECF No. 222) are APPROVED in the amount of $5,916.50;

3. The Application for Approval of Fees and Expenses of James E. Salven (ECF No. 223) is APPROVED in the amount of $30,938.02; and,

4. The Application for Approval of Fees and Expenses of Fear Law Group, P.C. (ECF No. 224) is APPROVED in the amount of $23,975.94.

**IT IS SO ORDERED**
**Dated: June 9, 2015**

                                              **/s/ Lawrence J. O'Neill**
                                              **United States District Judge**